# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF IDAHO

| | |
|---|---|
| Estate of Robert D. Hopper (deceased) by Tim Hopper personal representative <br><br> Plaintiff <br><br> -v- <br> Placer Mining Corporation <br> c/o NVRA Service Inc. <br> William (Bill) Pangburn <br> Material Processing Incorporated <br> Leroy Olson <br> Cynthia J. Edin <br> Lana Sammons <br> Jane Doe (daughter) <br> Mila J. Hover <br> Bunker Hill Mining Corporation <br> aka American Zinc <br> aka Liberty Silver <br> aka John Does 1-4 <br> Value Stone <br> Hummingbird Resources PLC <br><br> Defendants | Civil Division <br><br> Case No. **CV 21-253 NDCN** <br><br> Jury Trial Requested <br><br> U.S. COURTS <br><br> JUN 14 2021 <br><br> Rcvd_____Filed_____Time_____ <br> STEPHEN W. KENYON <br> CLERK, DISTRICT OF IDAHO |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

a. The Plaintiff

| | |
|---|---|
| Name | Estate of Robert D. Hopper (deceased) c/o Tim Hopper |
| Street Address | 709 S. Division Street |
| City and County | Kellogg, Shoshone |
| State and Zip Code | Idaho 83837 |
| Telephone Number | 307-321-4529 / 307-321-4538 |
| Email Address | TimHopper@hotmail.com |

Page 1 of 10

B. **The Defendants**

**Defendant No. 1**

| | |
|---|---|
| **Name** | Placer Mining Corporation c/o NVRA Service Inc. |
| **Job or Title** | Corporation / Statutory Agent |
| **Street Address** | 120 Highway 50, Suite 1 |
| **City and County** | Dayton, Lyon County |
| **State and Zip Code** | Nevada 89403 |
| **Telephone Number** | 208-784-0434 |
| **E-mail Address** | service@nvraservices.com / bunkerhillmine1@gmail.com |
| | Contact: Anita Hill |

**Defendant No. 2**

| | |
|---|---|
| **Name** | William (Bill) Pangburn |
| **Job or Title** | Director / Shareholder Placer Mining Corp |
| **Street Address** | 12450 176th Ave SE |
| **City and County** | Renton, King County |
| **State and Zip Code** | Washington 98059 |
| **Telephone Number** | 425-226-5513, cell 425-531-4960 |
| **E-mail Address** | billpangburn@comcast.net |

**Defendant No. 3**

| | |
|---|---|
| **Name** | Material Processing Incorporated c/o Bill Pangburn |
| **Job or Title** | President |
| **Street Address** | 12450 176th Ave SE |
| **City and County** | Renton, King County |
| **State and Zip Code** | Washington 98059 |
| **Telephone Number** | 425-226-5513, cell 425-531-4960 |
| **E-mail Address** | billpangburn@comcast.net |
| | P.O Box 293 Mukilito WA 98275 |

**Defendant No. 4**

| | |
|---|---|
| **Name** | Leroy Olson, Cynthia J Edin, Lana Sammons, Jane Doe |
| **Job or Title** | Director / Shareholder Placer Mining Corp |
| **Street Address** | 11400 Trilogy Parkway |
| **City and County** | Redmond, King County |
| **State and Zip Code** | Washington 98059 |
| **Telephone Number** | 425-658-7454 |
| **E-mail Address** | NA |

**Defendant No. 5**

| | |
|---|---|
| **Name** | Mila Hover |
| **Job or Title** | Secretary / Shareholder Placer Mining Corp |
| **Street Address** | 28005 SE 63rd Street |
| **City and County** | Isaquah, King County |
| **State and Zip Code** | Washington 98027 |
| **Telephone Number** | 425-222-5216 |
| **E-mail Address** | thehealingtruth@hotmail.com |

**Defendant No. 6**

| | |
|---|---|
| **Name** | Bunker Hill Mining Corporation (Canadian entity) |
| | Aka American Zinc, aka Liberty Silver |
| | John Doe 1-4 Canadian Entities |
| **Job or Title** | Investor / Buyer |
| **Street Address** | 401 Bay St |
| **City and County** | Toronto |
| **State and Zip Code** | Ontario M5H2V4 Canada |
| **Telephone Number** | 888-749-4916 |
| **E-mail Address** | www.bunkerhillmining.com |

Page 3 of 10

**Defendant No. 7**

| | |
|---|---|
| **Name** | Valu Stone |
| **Job or Title** | Investor / Buyer |
| **Street Address** | 15 F, 1040 West Georgia St |
| **City and County** | Vancouver British Columbia |
| **State and Zip Code** | British Columbia V6E 4H1 |
| **Telephone Number** | NA |
| **E-mail Address** | info@valustone.net |

**Defendant No. 8**

| | |
|---|---|
| **Name** | Hummingbird Resources PLC |
| **Job or Title** | Investor / Buyer |
| **Street Address** | 26 Mount Ron |
| **City and County** | London, England |
| **State and Zip Code** | London, W1K 3SQ |
| **Telephone Number** | +22 (0) 20 7409 6660 |
| **E-mail Address** | hummingbirdresources.co.uk |

**II. Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving federal questions and cases involving diversity of the parties. Under U.S.C. §1332, a case in which a citizen which is a citizen State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal jurisdiction? (check all that apply)

\_\_\_\_\_ Federal Question         __XX__ Diversity of Citizenship

Fill out the paragraphs in this sections that apply to this case.

    **A. If the Basis for Jurisdiction is a Federal Question**

    List the specific federal statutes, federal treaties, and/or provisions of the Unitied States Constitution that are at issue in this case>

    NA_____

    **B. If the Basis for Jurisdiction is Diversity of Citizenship**
       1. The Plaintiff
          a. If the plaintiff is an individual
             The plaintiff, Estate of Bob Hopper, is a citizen of the State of Idaho.
          b. If the plaintiff is a corporation

             The plaintiff, _____NA_____-, is incorporated under the laws of the State of _____, and has its principal place of business in the State of_____ .

       2. The defendants

          a. If the defendant is an individual
             The defendants William Pangburn, Leroy Olson, Cynthis J. Edin, Lana Sammons, Jane Doe 1, Mila J Hover, are all citizens of the State of Washington.
          b. If the defendant is a corporation
             The defendant, Placer Mining Corporation is incorporated under the laws of the State of Nevada, and has its principal place of business in Idaho.

> The defendant Material Processing Incorporated is incorporated under the laws of the State of Washington and has its principal place of business in Washington
>
> The defendant Bunker Hill Mining is incorporated under the laws of the Country of Canada and has its principal place of business in Canada.
>
> The defendant Value Stone is incorporated under the laws of the Country of England and has its principal place of business in England.
>
> The defendant Hummingbird Resources PLC is incorporated under the laws of England and has its principal place of business in England.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing each plaintiff is entitled to the damages or relief sought. State how each defendant was involved and what each defendant did that caused plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Factual Background**

Placer Mining Corporation (Placer) was incorporated in Nevada on March 9, 1983. The primary asset owned by Placer is known as the Bunker Hill Mine, which is a a 6,500 acre lead zinc and silver mine located in Kellogg Idaho.

Bob Hopper (deceased) raised capital from investors to purchase the mine and related claims in 1991. Subsequent to that he resumed mining at a small scale. Bob Hopper, deceased owned 25 of 96(100) shares at the time of his death, Leroy Olsen owns 25 of 96(100) shares and Bill Pangburn owned 25 of 96(100) shares, Bill's company Materials Processing Inc. owns 3 of 96(100) shares, Mila Hover owns 1 of 96(100) shares these investors/shareholders/directors are listed as defendants. A disputed 4 of 100 shares are held by Cindy K Edin and the remaining 17 shares are held by 12 to 13 shareholders.

The Bunker Hill Mine is part of an EPA super fund site based on the previous existence of a lead and zinc smelter located on site in Smelterville, ID. The EPA took over the site and conducted remediation of the smelter and took over a water treatment plant that processes approximately 2 million gallons of acid mine water daily for treatment prior to discharge in the south fork of the Coeur d'Alene river.

At the time of Bob Hopper's death, January 6, 2011, the EPA attached all of the Placer Mining Corp and Estate of Bob Hopper assets with an open ended lien in excess of $50 million. This lien remains in place to this day, subject to repayment under the settlement agreement signed on

March 12, 2018 which the EPA agreed to in order to allow the sale of the mine. This lien has prevented the resolution of the Estate of Bob Hopper.

Bob Hopper (deceased) maintained a 20 plus year legal battle with the EPA disputing the work performed by the EPA and the EPA's claim for cost recovery under CRCLA. Upon his passing, Bob Hopper, his son, returned to Kellogg, ID to help run the mine. Litigation ensued between the existing shareholders/directors and the Estate of Bob Hopper exhausting the bank accounts of Placer resulting in Bob Hopper becoming the President, CEO and Mine Manager of the Bunker Hill Mine. Bob held this position until December 2018.

During the time Bob Hopper was in charge of the mine, he raised investment from outside investors to build a mill to process the ore and allow the mine to generate revenue from the sale of concentrate to the world markets. This created an entity called Bunker Hill Ventures, LLC with Kelly Holdings, LLC and ultimately Atlas Mining Group, LLC for a total of $2.5 million invested and the mill was completed 0n March 27, 2015.

Bob Hopper and Nick Spriggs used a conciliatory strategy with the EPA resulting in a settlement of the cost recovery action and setting a $20 million structured payment plan to further improve the chances of finding a buyer or investor for the mine at a market price, free of the uncertainty of the EPA claim.

Bob Hopper in his role as President, CEO and Mine Manager of Placer Mining Corporation entered into negotiations with Liberty Silver for the lease and purchase option of the mine.

A term sheet with Liberty Silver's then President Bruce Reed was entered on March 29, 2017 describing the terms in great detail.

Placer Mining Corp negotiated an extension with Liberty Silver May 2017.

Bob Hopper, negotiated a 24 month lease at $100,000 per month for care and maintenance of the mine, with option to purchase the Bunker Hill Mine with Liberty Silver on November 1, 2017. The rough terms were that Liberty Silver leased the lead and zinc claims, but excluded the mill $5 million, the Silver Ridge Claims $25 million and the Caledonia mine claims value and ownership disputed for a purchase price of $25 million, plus payment of the $20 million EPA settlement, plus 3% net smelter return royalties for several years, capped at not over $40 million. This transaction was approved by the board of directors in accordance with Bylaws of Placer Mining Corporation at that time.

Liberty Silver, announces name change to Bunker Hill Mining November 29, 2017.

Bobby Genovese, Wayne Parsons, Value Stone and Hummingbird Resources have all invested into Liberty Silver / Bunker Hill Mining and were the principals negotiating the terms of the transaction with Placer Mining Corp.

A Stock Transfer Agreement Between Placer Mining Corp Majority Shareholders dated 8/31/2018, was drafted by Attorney John Gutke of Nevada and signed by Leroy Olsen, William Pangburn, Materials Processing Inc. and Robert Hopper (alive) on behalf of the Estate of Bob Hopper (deceased). The essence of the agreement is that each of the three major shareholders would not sell their shares unless as a block in order to maximize the value of the company in any sale.

Bob Hopper was terminated as President, CEO and Mine Manager of Placer Mining Corporation in December 2018. All communication with the Estate of Bob Hopper and the Hopper family ceased at this time.

After Bob Hopper's termination, Placer made David Kriedeman the President of the corporation and Mine Manager. Dave Kriedeman, as President subsequently negotiated the settlement with Atlas Mining Group. Mr. Kriedeman further re-negotiated the lease, purchase option with Bunker Hill Mining at least twice resulting in a substantially lower purchase price, and forfeited the 3% net smelter royalty, estimated at $40 million, forfeited the Silver Ridge Property, estimated value $25 million, forfeited the Caledonia mine, disputed value and ownership, forfeited the mill and property estimated $5 million, All of these transactions have occurred without a properly noticed board meeting, minutes or resolutions while excluding the Estate of Bob Hopper, 25 shares from participating.

**Claim One – Breach of Contract**

Each of the individual plaintiff's that are either directors or officers of Placer Mining Corporation have failed to honor the Stock Transfer Agreement Between Placer Mining Corp Majority Shareholders dated 8/31/2018, drafted by Attorney John Gutke of Nevada and signed by Leroy Olsen, William Pangburn, Materials Processing Inc. and Robert Hopper (alive) on behalf of the Estate of Bob Hopper (deceased). The essence of the agreements is that each of the three major shareholders would not sell their shares unless as a block in order to maximize the value of the company in any sale.

**Claim Two – Interference with Contractual Relations**

Each of the corporate defendants is aware or should be aware of the existence of the contract executed between major shareholders titled Stock Transfer Agreement Between Placer Mining Corp Majority Shareholders dated 8/31/2018 and have disregarded the agreement as it relates to the terms of the agreement.

**Claim Three – Corporate Waste / Breach of Fiduciary Duty**

Placer Mining Corporation has breached its fiduciary duty to the Estate of Bob Hopper and his heirs by renegotiating the lease and purchase without following the corporate approval process

required in the corporate Bylaws and in disregard of the Stock Transfer Agreement Between Placer Mining Corp Majority Shareholders dated 8/31/2018.

**IV. Relief Requested**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim the your are entitled to the actual or punitive money damages.

**REQUEST FOR INJUNCTION**

Plaintiff requests this court to issue an injunction barring the sale of the mine until such time as proper notice to all shareholders can be served in accordance with the corporate Bylaws and a shareholder vote on the terms can be approved or rejected by the shareholders.

**COMPENSATORY DAMAGES**

Plaintiff requests damages in excess of $75,000. Plaintiff would have received approximately $20 million in proceeds under the terms of the properly approved terms of lease and sale and the present sale price of $7 million may provide a distribution of $1,750,000 resulting in actual damages of $18,250,000.

**V. Certification and Closing**

Under Federal Rules of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose; such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery: and (4) the complaint otherwise complies with the requirements of Rule 11.

## A. For Parties Without and Attorney

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: _____6-14-21_____

Signature of Plaintiff  *Jim Hopper*

Printed Name of Plaintiff    Tim Hopper, as Personal Representative of the Estate of Bob Hopper

## B. For Attorneys

Date of Signing: _____NA_____

Signature of Attorney _____

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail address